# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### CORRECTED JUDGMENT RENDERED
### AUGUST 26, 2015

### NO. 03-14-00080-CV

**Gattis Electric, Inc., Appellant**

**v.**

**Theresa Marie Mann, Individually and as Guardian of the Person and Estate of
James Lawhon, Appellee**

### APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on December 20, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Gattis Electric, Inc. shall pay all costs relating to this appeal, both in this Court and in the court below. It is further ordered that Theresa Marie Mann, Individually and as Guardian of the Person and Estate of James Lawhon, recover from the supersedeas bond filed by Gattis Electric, Inc., and its surety, Western Surety Company, the amount of the judgment rendered above, including all costs and interest during the pendency of this appeal, as determined by the court below, up to but not

in excess of the supersedeas amount of $584,625.00, after payment of which the surety is released from further liability.